# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TERRACAP SC PARTNERS, L.P., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-00037-DGK |
| AMERICAN MANAGEMENT SERVICES CENTRAL, LLC, d/b/a PINNACLE, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered Plaintiff Terracap SC Partners, L.P.'s Voluntary Dismissal with Prejudice (Doc. 37), it is hereby

ORDERED that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. Each party to bear its own costs.

**IT IS SO ORDERED.**

Date: July 20, 2018                         /s/ Greg Kays
                                            GREG KAYS, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT